STATE of Missouri, Plaintiff/Respondent,

v.

John WILLIAMS, Defendant/Appellant.

No. 67647.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 5, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 17, 1996.

Cynthia A. Howlett, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, C.J., SIMON, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Defendant John Williams appeals the judgment entered on his conviction by a jury of involuntary manslaughter in violation of § 565.024 RSMo 1986 and armed criminal action in violation of § 571.015 RSMo 1986. He was sentenced to a term of seven years imprisonment and fined $250 for involuntary manslaughter and twenty-five years imprisonment on the armed criminal action charge, the sentences to run concurrently.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).